IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>MELVIN BAYLOR )<br>_____ ) | DOCKET NO. **3:24-cr-134-KDB**<br><br>BILL OF INDICTMENT<br><br>Violation:   18 U.S.C. § 922(g) |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm and Ammunition by a Prohibited Person)*

On or about December 1, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### MELVIN BAYLOR

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, those are, one (1) Smith and Wesson M&P 15 rifle, one (1) AK-47 rifle, Western 38 ammunition, Colt 38 ammunition, and 7.62x39 ammunition, all in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

(Remainder of page intentionally left blank)

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) Smith and Wesson M&P 15 Rifle, and all associated magazines and ammunition seized on or about December 1, 2023.

(b) AK-47, and all associated magazines and ammunition seized on or about December 1, 2023.

(c) All associated magazines and ammunition seized on or about December 1, 2023.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY